John Shamel and Another, Respondents, v. Ella Bavor, Appellant.— Order affirmed, with costs. All concurred. .

Addie L. Nichols, Respondent, v. Libbie D. Smith, Individually and as Executrix, etc., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Held, that the order bringing in the committee of Emma Smith, an incompetent person, and the administratrix of the estate of Loren D. Smith, deceased, as parties plaintiff with Addie L. Nichols individually, was unauthorized, said proposed parties plaintiff not being united in interest in the subject of the action. All concurred, except Kruse, P. J., who dissented and voted for affirmance.

Peter Schweitzer, Respondent, v. Hans Letz, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Julia Fries, Respondent, v. International Railway Company and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York ex rel. Frank G. Lankton, Respondent, v. Cornelius Roberts, as Superintendent of Buildings of the City of Utica, N. Y., Appellant.— Final order affirmed, with costs. All concurred.

Madison H. Wetmore, Respondent, v. Conger & Phelps Lumber Company, Appellant.— Judgment and order affirmed, with costs. Held: 1. That the evidence sustains the verdict. 2. That the evidence of the usual rate of commission was competent. (See *Barney* v. *Fuller*, 133 N. Y. 605; *Rubino* v. *Scott*, 118 id. 662; *Flagg* v. *Reilly*, 23 App. Div. 57.) All concurred.

In the Matter of the Judicial Settlement of the Accounts of Edward Tracy Scovill and Another, as Executors, etc., of John Hyland, Deceased. (In the Matter of the Claim of Margaret E. Clark.) — Order affirmed, with ten dollars costs and disbursements. All concurred.

Julia A. Schott, as Administratrix, etc., Appellant, v. Pennsylvania Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Lena Wasmund, as Administratrix, etc., Plaintiff, v. Pennsylvania Railroad Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

Robert Barr, Respondent, v. Turner Construction Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Henry McClement, Respondent, v. Supreme Court, Independent Order of Foresters, and Others, Appellants.— Motion to amend order of reversal, entered July 7, 1915, by inserting certain new findings of fact and disapproving certain findings denied, with ten dollars costs.

Harold J. Cook, Respondent, v. John C. Moyer, Appellant.— Motion granted and appeal dismissed, with costs, without costs of this motion.